SHEPARD ET AL. *v.* BARKLEY, MODERATOR OF THE GENERAL ASSEMBLY AND CHAIRMAN OF THE EXECUTIVE COMMISSION OF THE GENERAL ASSEMBLY OF THE PRESBYTERIAN CHURCH IN THE UNITED STATES OF AMERICA, ET AL.

### APPEAL FROM THE CIRCUIT COURT OF APPEALS FOR THE EIGHTH CIRCUIT.

No. 257. Argued April 23, 1918.—Decided May 6, 1918.

Decided on the authority of *Watson v. Jones*, 13 Wall. 679.
222 Fed. Rep. 669, affirmed.

*Mr. Charles E. Morrow*, with whom *Mr. Max D. Aber* was on the briefs, for appellants.

*Mr. Frank Hagerman* for appellees.

Memorandum opinion by MR. CHIEF JUSTICE WHITE, by direction of the court.

The court is of the opinion that the following propositions are well founded, although some members of the

(1)

court differ concerning them: (a) That the appeal in this
case brings up for review both the causes which were
decided by the court below at the same time and both
therefore will be controlled by the decree here to be
rendered. (b) That the order allowing an amendment as
to the form of the appeal and the parties which was pre-
viously made without prejudice to the right of the appellees
to object to the same at the hearing on the merits was
rightfully granted and the objection which was at the
hearing on the merits made by the appellees is without
merit. (c) That under the case as made by the pleadings
there is authority to review.

The approach to the merits being thus cleared, with-
out any difference on the subject the court is of opinion
that the doctrines by which the case is controlled have
been so affirmatively and conclusively settled by a prior
decision of this court as to cause it to be unnecessary as
a matter of original consideration to restate them. *Wat-
son v. Jones*, 13 Wall. 679. And the want of any possible
reason for removing this case from the control of the
doctrines of the *Watson Case* is, if needs be, conclusively
shown by the many cases referred to by the court below
in its opinion (222 Fed. Rep. 669) in which the *Watson
Case* was made controlling and decisive as to controversies
not in substance differing from the one here presented.
*Sherard v. Walton*, 206 Fed. Rep. 562; *Helm v. Zarecor*,
213 Fed. Rep. 648; *Sharp v. Bonham*, 213 Fed. Rep. 660;
*Harris v. Cosby*, 173 Alabama, 81; *Sanders v. Baggerly*,
96 Arkansas, 117; *Permanent Committee of Missions v.
Pacific Synod*, 157 California, 105; *Mack v. Kime*, 129
Georgia, 1; *First Presbyterian Church of Lincoln v. First
Cumberland Presbyterian Church of Lincoln*, 245 Illinois,
74; *Fussell v. Hail*, 233 Illinois, 73; *Fancy Prairie Church
v. King*, 245 Illinois, 120; *Pleasant Grove Congregation v.
Riley*, 248 Illinois, 604; *Ramsey v. Hicks*, 174 Indiana,
428; *Bentle v. Ulay*, 175 Indiana, 494; *Wallace v. Hughes*,

131 Kentucky, 445; *Carothers* v. *Mosely,* 99 Mississippi, 671; *Hayes* v. *Manning,* 263 Missouri, 1; *Missouri Valley College* v. *Guthrie,* 263 Missouri, 52; *First Presbyterian Church* v. *Cumberland Presbyterian Church,* 34 Oklahoma, 503; *Brown* v. *Clark,* 102 Texas, 323.

*Affirmed.*